*Decisions on Petitions for Writs of Certiorari from April 11 to May 31, 1910.*

No. 843. GERMAN ALLIANCE INSURANCE COMPANY, PETITIONER, *v.* HOME WATER SUPPLY COMPANY. April 11, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit granted. *Mr. Hartwell Cabell* for the petitioner. No appearance for the respondent.

---

No. 838. E. G. COFFIN ET AL., ETC., PETITIONERS, *v.* CHAS. R. FLINT. April 11, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. R. C. Strudwick* and *Mr. E. J. Justice* for the petitioners. *Mr. J. H. Merrimon* and *Mr. J. Frank Snyder* for the respondent.